# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF  UTAH
### SALT LAKE CITY  DIVISION

In Re:                                      §
                                            §
EAST LAKE CARE CENTER, LLC                  §       Case No. 10-28754
                                            §
            Debtor                          §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth Rose Loveridge, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 76,560.01 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants:  421,464.19 | Claims Discharged Without Payment:  NA |
| Total Expenses of Administration:  219,735.81 | |

3) Total gross receipts of $ 641,200.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 641,200.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 219,735.81 | 219,735.81 | 219,735.81 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 973,272.82 | 952,189.48 | 952,189.48 | 421,464.19 |
| **TOTAL DISBURSEMENTS** | $ 973,272.82 | $ 1,171,925.29 | $ 1,171,925.29 | $ 641,200.00 |

4)  This case was originally filed under chapter 7 on  06/29/2010 .  The case was pending for 106 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/12/2019                    By:/s/Elizabeth Rose Loveridge, Trustee
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Avoidance Actions | 1241-000 | 334,900.00 |
| Avoidance Actions | 1241-000 | 36,000.00 |
| Avoidance Actions | 1241-000 | 270,300.00 |
| TOTAL GROSS RECEIPTS | | $ 641,200.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Elizabeth Rose Loveridge | 2100-000 | NA | 35,310.00 | 35,310.00 | 35,310.00 |
| Elizabeth Rose Loveridge | 2200-000 | NA | 209.20 | 209.20 | 209.20 |
| First National Bank - Vinita | 2600-000 | NA | 3,274.71 | 3,274.71 | 3,274.71 |
| FIRST NATIONAL BANK OF VINITA | 2600-000 | NA | 675.18 | 675.18 | 675.18 |
| CLERK, U.S. BANKRUPTCY COURT | 2700-000 | NA | 879.00 | 879.00 | 879.00 |
| CYBINT Research | 2990-000 | NA | 184.47 | 184.47 | 184.47 |
| DepoMaxMerit | 2990-000 | NA | 1,939.80 | 1,939.80 | 1,939.80 |
| DEPOMAXMERIT LITIGATION SERVICES | 2990-000 | NA | 1,487.83 | 1,487.83 | 1,487.83 |
| Discovery Litigation Services | 2990-000 | NA | 1,351.18 | 1,351.18 | 1,351.18 |
| Ed Young | 2990-000 | NA | 155.12 | 155.12 | 155.12 |
| LITIGATION SERVICES &TECHNOLOGY OF | 2990-000 | NA | 362.50 | 362.50 | 362.50 |
| Planet Depos | 2990-000 | NA | 663.76 | 663.76 | 663.76 |
| SSP OF UTAH | 2990-000 | NA | 42.50 | 42.50 | 42.50 |
| Strong & Hanni - Attny Fees | 3110-000 | NA | 24,556.00 | 24,556.00 | 24,556.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Strong & Hanni - Attny Exp | 3120-000 | NA | 120.18 | 120.18 | 120.18 |
| WOODBURY & KESLER - FEES | 3210-000 | NA | 105,000.00 | 105,000.00 | 105,000.00 |
| WOODBURY & KESLER - EXPENSES | 3220-000 | NA | 1,275.87 | 1,275.87 | 1,275.87 |
| BARBARA M. SMITH ACCOUNTING, INC. | 3410-000 | NA | 6,274.50 | 6,274.50 | 6,274.50 |
| HEALTH CAPITAL CONSULTANTS | 3731-000 | NA | 2,500.00 | 2,500.00 | 2,500.00 |
| HEALTH CAPITAL CONSULTANTS, INC. | 3731-000 | NA | 33,474.01 | 33,474.01 | 33,474.01 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 219,735.81 | $ 219,735.81 | $ 219,735.81 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Access Door Systems, LLC | | 676.50 | NA | NA | 0.00 |
| | Airgas | | 1,283.92 | NA | NA | 0.00 |
| | American Quality Foods | | 753.84 | NA | NA | 0.00 |
| | Amerinet, Inc. | | 250.00 | NA | NA | 0.00 |
| | ATCO International | | 140.91 | NA | NA | 0.00 |
| | Carson Elevator | | 1,944.53 | NA | NA | 0.00 |
| | Central Utah Clinic | | 11,379.64 | NA | NA | 0.00 |
| | Chris Dowling | | 3,062.00 | NA | NA | 0.00 |
| | Combo's | | 198.71 | NA | NA | 0.00 |
| | Construction Specialties, Inc. | | 213.08 | NA | NA | 0.00 |
| | David J. Jaramillo, DPM | | 265.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Douglas Schow, Jr. MD | | 403.48 | NA | NA | 0.00 |
| | Fire Protection Service Corp. | | 403.48 | NA | NA | 0.00 |
| | Gold Cross Transportation | | 2,836.38 | NA | NA | 0.00 |
| | Health Information Consulting | | 1,173.15 | NA | NA | 0.00 |
| | Heartstogo | | 743.25 | NA | NA | 0.00 |
| | Hill-Rom Company | | 8,405.80 | NA | NA | 0.00 |
| | I Rep Therapy Products, Inc. | | 101.34 | NA | NA | 0.00 |
| | IHC Health Centers | | 35.00 | NA | NA | 0.00 |
| | IHC/Amerinet | | 300.00 | NA | NA | 0.00 |
| | Industrial Chem Lab | | 126.22 | NA | NA | 0.00 |
| | Interemountain Workmed | | 52.00 | NA | NA | 0.00 |
| | Intergra Telecom | | 1,526.06 | NA | NA | 0.00 |
| | JK Jensen | | 52.46 | NA | NA | 0.00 |
| | Juice Products Co. | | 2,450.00 | NA | NA | 0.00 |
| | Just Faux You | | 550.00 | NA | NA | 0.00 |
| | Medastat USA, LLC | | 8,556.03 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Miscellaneous Patient Refunds | | 6,882.46 | NA | NA | 0.00 |
| | Nemo's Aquarium | | 240.00 | NA | NA | 0.00 |
| | Northwest Orthotics Prosthetics | | 201.29 | NA | NA | 0.00 |
| | NPUT, LLC | | 2,868.46 | NA | NA | 0.00 |
| | Pick Me Up | | 299.63 | NA | NA | 0.00 |
| | Pinnacle Consulting, LLC | | 1,630.00 | NA | NA | 0.00 |
| | Portable Ultrasound | | 2,415.42 | NA | NA | 0.00 |
| | Portable Xray | | 5,270.52 | NA | NA | 0.00 |
| | Pre-Paid Legal Services | | 103.60 | NA | NA | 0.00 |
| | Provo City Utilities | | 7,700.31 | NA | NA | 0.00 |
| | Pumper's Plus | | 500.00 | NA | NA | 0.00 |
| | Stericycle, Inc. | | 612.02 | NA | NA | 0.00 |
| | Sunrise Environemental Scientific | | 21.04 | NA | NA | 0.00 |
| | Timpanogos Regional Hospital | | 34.33 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Utah Davidson of Health Care Finance | | 23,684.40 | NA | NA | 0.00 |
| | Utah Valley Regional Medical Center | | 11,800.28 | NA | NA | 0.00 |
| | Veracity Communications | | 1,196.94 | NA | NA | 0.00 |
| | Vincent Mrykalo | | 42.00 | NA | NA | 0.00 |
| | Wasatch Consulting Service | | 1,221.22 | NA | NA | 0.00 |
| 8 | GULF SOUTH MEDICAL SUPPLY | 7100-000 | NA | 36,000.00 | 36,000.00 | 16,121.64 |
| 6-2 | INDEPENDENCE REHAB, INC. | 7100-000 | 618,336.10 | 618,336.10 | 618,336.10 | 276,905.31 |
| 7 | JULIE BROWN | 7100-000 | 750.00 | 15,300.00 | 15,300.00 | 6,851.70 |
| 5 | RECOVER CARE AKA MEDASTAT | 7100-000 | 515.61 | 12,162.13 | 12,162.13 | 5,446.49 |
| 4 | SUPERIOR CARE PHARMACY | 7100-000 | 226,349.25 | 255,720.44 | 255,720.44 | 114,517.57 |
| 1 | OFFICE DEPOT | 7100-001 | 1,665.16 | 3,620.81 | 3,620.81 | 1,621.48 |
| 9 | JOHN CLIFT | 7200-000 | 11,050.00 | 11,050.00 | 11,050.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 973,272.82 | $ 952,189.48 | $ 952,189.48 | $ 421,464.19 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: | 10-28754 | RKM | Judge: | R. Kimball Mosier | Trustee Name: | Elizabeth Rose Loveridge, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | EAST LAKE CARE CENTER, LLC | | | | Date Filed (f) or Converted (c): | 06/29/2010 (f) |
| | | | | | 341(a) Meeting Date: | 12/29/2011 |
| For Period Ending: | 03/12/2019 | | | | Claims Bar Date: | 08/30/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Avoidance Actions                          (u) | 0.00 | 500,000.00 | | 334,900.00 | FA |
| 2.  Avoidance Actions                          (u) | 0.00 | 36,000.00 | | 36,000.00 | FA |
| 3.  Avoidance Actions                          (u) | 0.00 | 158,893.60 | | 270,300.00 | FA |
| 4.  Accounts receivable | 76,560.01 | 76,560.01 | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $76,560.01 | $771,453.61 | | $641,200.00 | $0.00 |

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case Notes 1/12 - 12/12:  Filed Notice of Continued 341 Examination on 1/19/2012;  Filed Ex Parte Application to Employ Woodbury & Kesler P.C. as Attorneys for Trustee on 1/24/2012;  Order granting Ex Parte Application to Employ Woodbury & Kesler P.C. as Attorneys for Trustee signed on2/1/2012;  Filed Notice of Continued 341 Examination on 2/28/2012;  Filed Motion for Examination and to Issue Subpoena Under Rule 2004 for Bruce Johnson on 3/13/2012;  Filed Motion for Examination and to Issue Subpoena Under Rule 2004 for Patricia Johnson on 3/13/2012;  Filed Motion for Examination  and to Issue Subpoena Under Rule 2004 for Craig Johnson on 3/13/2012;  Orders Granted on 3/14/2012;  Filed Ex Parte Applicationt o Employ Barbara M. Smith as Accountant for Trusee on 5/17/2012;  Order granting Filed Ex Parte Application o Employ Barbara M. Smith as Accountant for Trusee signed on 5/24/2012;  Opened Adversary Proceeding 12-02481 (Loveidge vs. Johnson Land Enterprises, LLC et al) on 10/5/2012;  Opened Adversary Proceeding 12-02482 (Loveridge vs Johnson et al) on 10/5/2012;   Opened Adversary Proceeding 12-02493 (Loveridge vs Quality Health Care, Inc.) on 10/5/2012;

Case Notes 1/13 - 12/13:  Asset 1 reference withdrawn and the adversary is pending in Federal District Court Case no. 2:12-cv-01045-TC in which and Order to consolidate cases 2:12cv1047 and 2:12cv1051 into case was signed 03/07/13,  Asset 3 reference withdrawn and the adversary is pending in Federal District Court Case no. 2:12-cv-01054-TC in which and Order to Withdraw Bankruptcy Reference was signed 05/31/13;  Asset 4--Trustee investigating values of a/r.

Closure Notes:  Prosecute Asset 1 and 3 pending Federal District Court assets, Prosecute Asset 2 adversary proceeding.  Asset 4--collect or abandon a/r.

Case Notes 1/14-12/14:  Asset # 1 Adv. Proc. 12-02481 Loveridge v. Johnson Land, et. al consolidated and reference withdrawn to the District Court.  Case in discovery.

Asset # 2 Adv. Proc. 12-02482.  Case is settled. Order Granting Motion To Approve Settlement between Chapter 7 Trustee and Gulf South Medical Supply, Inc. signed 06/11/14;

Asset #3  Adversary Proc #12-02493: Case is in discovery and pending the District Court.

Asset #4  This is a potential medicare reimbursment reconcillation.  Trustee is investigating this.

Closure Notes: Judgments on assets #1, #3, #4.  Estate tax returns.  POC analysis.

Exhibit 8

Case Notes 01/15-12/15: Asset # 1--Litigation is proceeding in Federal District Court 1:12-cv-01045--2/18/15 Scheduling Order entered. Having discovery disputes with Defendant Johnsons. Filed Motion to compel production of accounting databasis 7/31/15. Agreed to mediation by order 8/26/15.  Mediation held before District Court Judge Dale Kimball on 11/6/15.  No resolution.  In Bankruptcy Case--Trustee filed Application to Employ Health Capital Consultants (HHC) as Professional for purposes of preparing facility valuation reports, litigaton supprt serivces and written valuation reports, 01/27/15; Order Granting Trustee's Application to Employ Health Capital Consultants (HCC) as Consultants for the Trustee 02/04/15; Application for Administrative Expenses Filed by ELizabeth Loveridge 12/01/15; Order Granting Application for Administrative expenses Court Orders that the total administrative claim of $27,128.75, one-third of which is apportioned to the bankruptcy estate in the above case, for professional fees incurred by Health Capital Consultants  Inc inthe adversary proceeding pending in Federal DIstrict Court as Loveridge v. Johnson Land Enterprises, et al. , Case No. 2:12-dv-01045-TC. 01/06/15; Asset # 3--adversary proceeding suspended pending outcome of District Court case 1:12-cv-01045.  Asset #4--Trustee investigated accounts receivable and determined it was uncollectable.

Closure Notes: Complete Federal District Court 1:12-cv-01045 litigation. Estate tax returns, POC analysis

Conf. w/RWL re:  status of settlement issues.  - Elizabeth R. Loveridge 3/18/2016Conf. w/RWL re:  settlement with Ensign and payment. ERL 04/06/16
Conf. w/RWL re:  fact and deposition issues. ERL 08/19/16
Conf. w/RWL re:  status and motion to pay experts as admin expense.  ERL 10/31/16
Conf. w/RWL re:  status of case and order approving admin expense and payment issues. ERL 12/16/16
Case Notes 01/01/16 to 12/31/16: Order granting Application for Administrative Expenses entered 1/6/2016; Motion to Approve Settlement/Compromise between Trustee and Silver Lake Health Holdings filed 2/26/2016; Johnson's Parties Limited Objection to Motion to Approve Settlement filed 3/14/2016; Response to Johnson's Parties Limited Objection filed 3/18/2016; Hearing held on Motion to Approve Settlement, Reid Lambert Appeared on Behalf of Trustee.  Motion Granted without Prejudice 3/23/2016; Order Granting Motion to Approve Settlement Agreement entered 4/6/2016; Liquidated Settlement payment 5/9/2016; Application for Administrative Expenses filed 11/23/2016; Order Granting Application for Administrative Expenses entered 12/14/2016;

Closure Notes:  Continue Collecting Payments on Avoidance Action; Review POCs; file Estate Tax Returns;

Reviewed file.  Conf. w/RWL.  Expert reports are filed.  Expert discovery is pending.  ERL 3/22/16

Reviewed file. Expert reports filed and discovery concluded. Attended status conference 6/12/17. ERL

Reviewed file. Cross summary judgment motions filed. 8/25/17 ERL

Reviewed file.  Summary judgment motions argued on 1115/17 and order entered on 12/12/17. ERL

Case Notes 01/01/17 to 12/31/17:  Asset #'s 1,2, and 3--Prosecuted avoidance actions. Expert reports filed, discovery concluded, cross motions for summary judgment filed, argued and decided by order entered 12/12/17. Final pretrial set for 1/17/18. BK Case--Notice of Substitution of Counsel with consent filed by Debtor 6/23/2017; Application for Administrative Expenses filed 10/10/2017; Order Approving Payment of Administrative Expense entered 11/8/2017.

Closure Notes:  5 day bench trial set for 4/16/18. Review POCs.

| RE PROP # | 1 | -- | Loveridge vs. Johnson Land Enterprises, LLC et al, Adv # 12-02481 (Federal District Court Case no. 2:12-cv-01045-TC) |
| RE PROP # | 2 | -- | Loveridge vs Johnson et al, Adv # 12-02482 |
| RE PROP # | 3 | -- | Loveridge vs. Quality Healthc Care, Inc., Adv # 12-02493 (Federal District Court Case no. 2:12-cv-01054-TC) |
| RE PROP # | 4 | -- | Accounts Receivable for the Month of December 2011 |

Initial Projected Date of Final Report (TFR): 12/29/2013          Current Projected Date of Final Report (TFR): 12/31/2018

Case 10-28754   Doc 179   Filed 03/14/19   Entered 03/14/19 13:38:23   Desc   Page
12 of 22

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-28754
Case Name: EAST LAKE CARE CENTER, LLC

Taxpayer ID No: XX-XXX6752
For Period Ending: 03/12/2019

Trustee Name: Elizabeth Rose Loveridge, Trustee
Bank Name: First National Bank - Vinita
Account Number/CD#: XXXXXX8348
Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $49,037,481.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/23/14 | 2 | SOUTH, GULF c/o McKesson Corporation1220 Senlac DriveCarrollton, TX 75006 | settlement of adversary 12-02482 Loveridge v. Johnson, et al (Gulf South Medical Supply, Inc.) | 1241-000 | $36,000.00 | | $36,000.00 |
| 07/08/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $10.00 | $35,990.00 |
| 08/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $38.21 | $35,951.79 |
| 09/08/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $38.18 | $35,913.61 |
| 10/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $36.91 | $35,876.70 |
| 11/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $38.10 | $35,838.60 |
| 12/05/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $36.83 | $35,801.77 |
| 01/08/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $38.01 | $35,763.76 |
| 01/13/15 | 100001 | SSP OF UTAH Richard B. Allred7417 S. 410 E.Midvale, UT 84047 | service of subpoena service of subpoena | 2990-000 | | $42.50 | $35,721.26 |
| 02/06/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $37.96 | $35,683.30 |
| 03/06/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $34.22 | $35,649.08 |
| 03/09/15 | 100002 | HEALTH CAPITAL CONSULTANTS 1143 Olivette Executive WaySt. Louis, MO 63132 | consultant retainer consultant retainer | 3731-000 | | $2,500.00 | $33,149.08 |
| 04/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $36.05 | $33,113.03 |
| 05/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $34.03 | $33,079.00 |
| 06/05/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $35.13 | $33,043.87 |
| 07/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $33.95 | $33,009.92 |

Page Subtotals: $36,000.00   $2,990.08

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 10-28754

Case Name: EAST LAKE CARE CENTER, LLC

Taxpayer ID No: XX-XXX6752

For Period Ending: 03/12/2019

Trustee Name: Elizabeth Rose Loveridge, Trustee

Bank Name: First National Bank - Vinita

Account Number/CD#: XXXXXX8348

Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $49,037,481.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $35.05 | $32,974.87 |
| 08/17/15 | 100003 | LITIGATION SERVICES &TECHNOLOGY OF PO Box 843298Los Angeles, CA 90084-3298 | payment of invoice # 1017571 (Job # 257186) copy of transcript payment of invoice # 1017571 (Job # 257186) copy of transcript | 2990-000 | | $362.50 | $32,612.37 |
| 09/08/15 | 100004 | DEPOMAXMERIT LITIGATION SERVICES 333 S. Rio GrandeSalt Lake City, UT 84101 | invoice #173394/Job #103942; original and one certified copy of transcript of Bruce Johnson & Patricia Johnson invoice #173394/Job #103942; original and one certified copy of transcript of Bruce Johnson & Patricia Johnson | 2990-000 | | $487.61 | $32,124.76 |
| 09/08/15 | 100005 | DEPOMAXMERIT LITIGATION SERVICES 333 S. Rio GrandeSalt Lake City, UT 84101 | invoice # 173391/Job #103940; original and one certified copy of transcript of Craig Johnson invoice # 173391/Job #103940; original and one certified copy of transcript of Craig Johnson | 2990-000 | | $1,000.22 | $31,124.54 |
| 09/08/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $34.87 | $31,089.67 |
| 10/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $32.61 | $31,057.06 |
| 11/06/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $32.98 | $31,024.08 |
| 12/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $31.88 | $30,992.20 |
| 01/08/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $32.91 | $30,959.29 |

Page Subtotals:                    $0.00          $2,050.63

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 10-28754 | Trustee Name: Elizabeth Rose Loveridge, Trustee |
| Case Name: EAST LAKE CARE CENTER, LLC | Bank Name: First National Bank - Vinita |
| | Account Number/CD#: XXXXXX8348 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX6752 | Blanket Bond (per case limit): $49,037,481.00 |
| For Period Ending: 03/12/2019 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/12/16 | 100006 | HEALTH CAPITAL CONSULTANTS, INC. 1143 Olivette Executive ParkwaySt. Louis, MO 63132 | Order Approving Motion to Approve Payment of Administrative Expense signed 01/05/16 Order Approving Motion to Approve Payment of Administrative Expense signed 01/05/16 | 3731-000 | | $9,042.92 | $21,916.37 |
| 02/05/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $27.30 | $21,889.07 |
| 03/07/16 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.74 | $21,867.33 |
| 04/07/16 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.22 | $21,844.11 |
| 05/06/16 | 1 | Ensign Facility Services, Inc. Provo Rehabilitation 27101 Puerta Real Suite 450 Mission Viejjo CA 92691 | settlement of adv. proc. Loveridge vs. Johnson Land Enterprises, LLC et al, Adv # 12-02481 (Federal District Court Case no. 2:12-cv-01045-TC) | 1241-000 | $64,600.00 | | $86,444.11 |
| 05/06/16 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.45 | $86,421.66 |
| 06/07/16 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $74.05 | $86,347.61 |
| 06/07/16 | 100007 | CYBINT Research Jonathan Todd 933 North Garden Drive Orem, UT 84057 | invoice # 100 1/3 of invoice # 100 for onsite data acquisition, consultation, and backup for East Lake Care Center, LLC 10-28754, Castle Country Care Center Inc 10-28751, and South Valley Health Care Center, LLC 10-28752 | 2990-000 | | $184.47 | $86,163.14 |
| 07/08/16 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.63 | $86,074.51 |

| | | | Page Subtotals: | | $64,600.00 | $9,484.78 | |

Page: 4

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-28754

Case Name: EAST LAKE CARE CENTER, LLC

Taxpayer ID No: XX-XXX6752

For Period Ending: 03/12/2019

Trustee Name: Elizabeth Rose Loveridge, Trustee

Bank Name: First National Bank - Vinita

Account Number/CD#: XXXXXX8348

Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $49,037,481.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/05/16 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.40 | $85,983.11 |
| 09/08/16 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.30 | $85,891.81 |
| 10/07/16 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.27 | $85,803.54 |
| 11/07/16 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.11 | $85,712.43 |
| 12/06/16 | 100008 | Discovery Litigation Services c/o Commercial Finance Group of Atlanta PO Box 420247 Atlanta, GA 30342 | Copy of transcript invoice # 39015 | 2990-000 | | $1,351.18 | $84,361.25 |
| 12/07/16 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.08 | $84,273.17 |
| 01/09/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $90.04 | $84,183.13 |
| 02/07/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $89.40 | $84,093.73 |
| 02/15/17 | 100009 | HEALTH CAPITAL CONSULTANTS, INC. 1143 Olivette Executive Parkway St. Louis, MO 63132 | 1/3 of payment for Health Capital Consultants, Inc. to contract with software company to obtain needed information | 3731-000 | | $334.00 | $83,759.73 |
| 03/07/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $80.58 | $83,679.15 |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Page Subtotals:    $0.00    $2,395.36

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 10-28754 | Trustee Name: Elizabeth Rose Loveridge, Trustee | Exhibit 9 |
| Case Name: EAST LAKE CARE CENTER, LLC | Bank Name: First National Bank - Vinita | |
| | Account Number/CD#: XXXXXX8348 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX6752 | Blanket Bond (per case limit): $49,037,481.00 | |
| For Period Ending: 03/12/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/04/17 | 100010 | HEALTH CAPITAL CONSULTANTS, INC. 1143 Olivette Executive Parkway St. Louis, MO  63132 | 1/3 of payment for Health Capital Consultants, Inc. to contract with software company to obtain needed information (as authorized per order entered 12/13/16 as docket entry #148 approving Motion docket entry #145; | 3732-000 | | $16,747.09 | $66,932.06 |
| 04/07/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $88.85 | $66,843.21 |
| 04/17/17 | 100010 | HEALTH CAPITAL CONSULTANTS, INC. 1143 Olivette Executive Parkway St. Louis, MO  63132 | 1/3 of payment for Health Capital Consultants, Inc. Reversal 1/3 of payment for Health Capital Consultants, Inc. to contract with software company to obtain needed information (as authorized per order entered 12/13/16 as docket entry #148 approving Motion docket entry #145; | 3732-000 | | ($16,747.09) | $83,590.30 |
| 04/18/17 | 100011 | Health Capital Consultants, LLC 2127 Innerbelt Business Center Drive, STE 107 St. Louis, MO 63114-5700 | 1/3 of payment for Health Capital Consultants, Inc. to contract with software company to obtain needed information (as authorized per order entered 12/13/16 as docket entry #148 approving Motion docket entry #145; | 3731-000 | | $16,747.09 | $66,843.21 |
| 05/05/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $79.59 | $66,763.62 |
| 05/25/17 | 100012 | DepoMaxMerit 333 S. Rio Grande Salt Lake City, UT 84101 | deposition/transcript | 2990-000 | | $844.40 | $65,919.22 |
| 06/07/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $70.89 | $65,848.33 |

Page Subtotals:                                          $0.00       $17,830.82

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-28754

Case Name: EAST LAKE CARE CENTER, LLC

Trustee Name: Elizabeth Rose Loveridge, Trustee

Bank Name: First National Bank - Vinita

Account Number/CD#: XXXXXX8348

Checking Account (Non-Interest Earn

Taxpayer ID No: XX-XXX6752

For Period Ending: 03/12/2019

Blanket Bond (per case limit): $49,037,481.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/08/17 | 100013 | HEALTH CAPITAL CONSULTANTS, INC. 2127 Innerbelt Business Center Drive, STE 107 St. Louis, MO 63114-5700 | 1/3 of payment for Health Capital Consultants, Inc. | 3731-000 | | $3,252.91 | $62,595.42 |
| 07/10/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.55 | $62,529.87 |
| 08/07/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $66.40 | $62,463.47 |
| 09/08/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $66.33 | $62,397.14 |
| 10/06/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $64.12 | $62,333.02 |
| 10/11/17 | 100014 | DepoMaxMerit 333 S. Rio Grande Salt Lake City, UT 84102 | transcript fee payment of invoice # 185864; job #113263 | 2990-000 | | $1,095.40 | $61,237.62 |
| 10/16/17 | 100015 | Planet Depos 405 East Gude Drive Suite 209 Rockville, MD 20850 | deposition/transcript account # C70193, invoice # 179312 | 2990-000 | | $663.76 | $60,573.86 |
| 11/07/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.35 | $60,508.51 |
| 11/13/17 | 100016 | HEALTH CAPITAL CONSULTANTS, INC. 2127 Innerbelt Business Center Drive, STE 107 St. Louis, MO 63114-5700 | 1/3 of payment for Health Capital Consultants, Inc. | 3731-000 | | $4,097.09 | $56,411.42 |
| 11/27/17 | 100017 | Ed Young Court Reporter 351 South West Temple Room 3.302 Salt Lake City, UT 84101-2180 | transcript fee transcript of hearing 11/15/17 Loveridge vs Johnson Land 2:12-CV-1045TC | 2990-000 | | $155.12 | $56,256.30 |

Page Subtotals: $0.00 $9,592.03

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-28754
Case Name: EAST LAKE CARE CENTER, LLC

Taxpayer ID No: XX-XXX6752
For Period Ending: 03/12/2019

Trustee Name: Elizabeth Rose Loveridge, Trustee
Bank Name: First National Bank - Vinita
Account Number/CD#: XXXXXX8348
Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $49,037,481.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | | $60.78 | $56,195.52 |
| 01/08/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | | $59.78 | $56,135.74 |
| 02/07/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | | $59.61 | $56,076.13 |
| 03/07/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | | $53.78 | $56,022.35 |
| 04/06/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | | $59.49 | $55,962.86 |
| 05/07/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | | $57.51 | $55,905.35 |
| 06/07/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | | $59.36 | $55,845.99 |
| 07/03/18 | | Johnson Land Enterprises c/o Cohne Kinghorn PC 111 Broadway #1100 SLC, UT 84111 | settlement agreement posted to Bank of Vinita 06/27/18 | | $540,600.00 | | $596,445.99 |
| | | | Gross Receipts | $540,600.00 | | | |
| | 1 | | Avoidance Actions | $270,300.00 | 1241-000 | | |
| | 3 | | Avoidance Actions | $270,300.00 | 1241-000 | | |
| 07/09/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | | $131.44 | $596,314.55 |
| 08/07/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | | $633.11 | $595,681.44 |

Page Subtotals:                                      $540,600.00        $1,174.86

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: 10-28754 | | | Trustee Name: Elizabeth Rose Loveridge, Trustee | | | Exhibit 9 |
|---|---|---|---|---|---|---|
| Case Name: EAST LAKE CARE CENTER, LLC | | | Bank Name: First National Bank - Vinita | | | |
| | | | Account Number/CD#: XXXXXX8348 | | | |
| | | | Checking Account (Non-Interest Earn | | | |
| Taxpayer ID No: XX-XXX6752 | | | Blanket Bond (per case limit): $49,037,481.00 | | | |
| For Period Ending: 03/12/2019 | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/20/18 | 100018 | WOODBURY & KESLER - FEES 525 E 100 S STE 300 Salt Lake City, UT 84102 | 1st & final fee app for attny for trustee 01/24/12 to 02/22/18 | 3210-000 | | $105,000.00 | $490,681.44 |
| 08/20/18 | 100019 | WOODBURY & KESLER - EXPENSES 525 E 100 S STE 300 Salt Lake City, UT 84102 | 1st & final fee app for trustee expenses 01/24/12 to 02/22/18 | 3220-000 | | $1,275.87 | $489,405.57 |
| 09/10/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $592.50 | $488,813.07 |
| 09/21/18 | | Transfer to Acct # xxxxxx1019 | Transfer of Funds | 9999-000 | | $488,813.07 | $0.00 |

| | COLUMN TOTALS | $641,200.00 | $641,200.00 |
|---|---|---|---|
| | Less: Bank Transfers/CD's | $0.00 | $488,813.07 |
| | Subtotal | $641,200.00 | $152,386.93 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $641,200.00 | $152,386.93 |

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

Page Subtotals:   $0.00   $595,681.44

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-28754

Case Name: EAST LAKE CARE CENTER, LLC

Taxpayer ID No: XX-XXX6752

For Period Ending: 03/12/2019

Trustee Name: Elizabeth Rose Loveridge, Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX1019

Checking

Blanket Bond (per case limit): $49,037,481.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/21/18 | | Transfer from Acct # xxxxx8348 | Transfer of Funds | 9999-000 | $488,813.07 | | $488,813.07 |
| 09/25/18 | 2001 | BARBARA M. SMITH ACCOUNTING, INC. Attn: Barbara M. Smith PO Box 957 Centerville, UT 84014 | Final compensation for accountant for Trustee order entered 09/25/18 (docket entry no 169) | 3410-000 | | $6,274.50 | $482,538.57 |
| 09/25/18 | 2002 | Strong & Hanni - Attny Fees 102 South 200 East Ste 800 Salt Lake City, UT 84111 | final compensation for attorney for trustee order entered 09/25/18 (docket entry no 169) | 3110-000 | | $24,556.00 | $457,982.57 |
| 09/25/18 | 2003 | Strong & Hanni - Attny Exp 102 South 200 East Ste 800 Salt Lake City, UT 84111 | final expense reimbursement for attorney for trustee order entered 09/25/18 (docket entry no 169) | 3120-000 | | $120.18 | $457,862.39 |
| 11/15/18 | 2004 | Elizabeth Rose Loveridge 102 S. 200 E. Ste 800 Salt Lake City, UT 84111 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $35,310.00 | $422,552.39 |
| 11/15/18 | 2005 | Elizabeth Rose Loveridge 102 S. 200 E. Ste 800 Salt Lake City, UT 84111 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2200-000 | | $209.20 | $422,343.19 |
| 11/15/18 | 2006 | CLERK, U.S. BANKRUPTCY COURT Frank E. Moss, U.S. Courthouse 350 South Main Street, #301 Salt Lake City, Utah 84101 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2700-000 | | $879.00 | $421,464.19 |
| 11/15/18 | 2007 | OFFICE DEPOT 6600 N. MILITARY TRAIL-S413G BOCA RATON, FL 33496 | Final distribution to claim 1 creditor account #36417402 representing a payment of 44.78 % per court order. | 7100-000 | | $1,621.48 | $419,842.71 |
| 11/15/18 | 2008 | SUPERIOR CARE PHARMACY ATTN: TEREASA PO BOX 6 312 8 5 CINCINNATI, OH 45263 | Final distribution to claim 4 creditor account # representing a payment of 44.78 % per court order. | 7100-000 | | $114,517.57 | $305,325.14 |
| 11/15/18 | 2009 | RECOVER CARE AKA MEDASTAT ATTN: JONATHAN WALKER 1920 STANLEY GAULT PARKWAY LOUISVILLE, KY 40223 | Final distribution to claim 5 creditor account #5937 representing a payment of 44.78 % per court order. | 7100-000 | | $5,446.49 | $299,878.65 |

Page Subtotals: $488,813.07 $188,934.42

Case 10-28754   Doc 179   Filed 03/14/19   Entered 03/14/19 13:38:23   Desc   Page
21 of 2

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-28754

Case Name: EAST LAKE CARE CENTER, LLC

Taxpayer ID No: XX-XXX6752

For Period Ending: 03/12/2019

Trustee Name: Elizabeth Rose Loveridge, Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX1019

Checking

Blanket Bond (per case limit): $49,037,481.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/15/18 | 2010 | INDEPENDENCE REHAB, INC. C/O SCOTT PRESTON, FILLMORE SPENCER 3301 N UNIVERSITY AVENUE PROVO, UT 84604 | Final distribution to claim 6 creditor account # representing a payment of 44.78 % per court order. | 7100-000 | | $276,905.31 | $22,973.34 |
| 11/15/18 | 2011 | JULIE BROWN 1609 SOUTH 300 WEST PROVO, UT 84601 | Final distribution to claim 7 creditor account # representing a payment of 44.78 % per court order. | 7100-000 | | $6,851.70 | $16,121.64 |
| 11/15/18 | 2012 | GULF SOUTH MEDICAL SUPPLY Michael Brandess Sugar Felsenthal Grais & Hammer LLP 30 N. LaSalle St. STE 3000 Chicago, 60614 | Final distribution to claim 8 creditor account # representing a payment of 44.78 % per court order. | 7100-000 | | $16,121.64 | $0.00 |
| 02/14/19 | 2007 | OFFICE DEPOT 6600 N. MILITARY TRAIL-S413G BOCA RATON, FL 33496 | Final distribution to claim 1 creditor account #36417402 representing a payment of 44.78 % per court order. Reversal | 7100-000 | | ($1,621.48) | $1,621.48 |
| 02/14/19 | 2013 | Clerk, U.S. Bankruptcy Court Clerk, U.S. Bankruptcy Court Frank E. Moss, U.S. Courthouse 350 South Main Street, #301 Salt Lake City, Utah 84101 | Remit To Court | 7100-001 | | $1,621.48 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $488,813.07 | $488,813.07 |
| Less: Bank Transfers/CD's | $488,813.07 | $0.00 |
| Subtotal | $0.00 | $488,813.07 |
| Less: Payments to Debtors | $0.00 | $488,813.07 |
| Net | $0.00 | $488,813.07 |

Page Subtotals: $0.00 $299,878.65

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1019 - Checking | $0.00 | $488,813.07 | $0.00 |
| XXXXXX8348 - Checking Account (Non-Interest Earn | $641,200.00 | $152,386.93 | $0.00 |
|  | $641,200.00 | $641,200.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|---|
| Total Allocation Receipts: | $0.00 | |
| Total Net Deposits: | $641,200.00 | |
| Total Gross Receipts: | $641,200.00 | |

Page Subtotals:                                    $0.00                    $0.00